United States District Court
Northern District of New York

| | |
|---|---|
| HAROLD R. WOODS,<br><br>                *Plaintiff,*<br><br>v.<br><br>MERIDIAN MANAGEMENT SOLUTIONS,<br>BRACHFELD AND ASSOCIATES<br><br>                *Defendants.* | Civil Action No.<br>1:09-CV-0666 GLS/RFT |

### NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff voluntarily dismisses without prejudice all claims against Defendant Brachfeld and Associates only. Plaintiff is not voluntarily dismissing any claims against Defendant Meridian Management Solutions at this time.

Respectfully Submitted,

/s/Roderick D. Woods
Attorney for Plaintiff

RODERICK D. WOODS, ESQ., LLC
Attorney and Counselor at Law
54 Hazard Avenue, Suite 209
Enfield, CT 06082-3845
Northern District Bar Roll No. 515559
Tel.   (860) 383-0744
Fax.  (860) 499-5143
E-Mail. rwoods@rdw-law.com

**SO ORDERED:**

_Gary L. Sharpe_
U.S. District Judge
Date: 10/5/09

1