United States District Court
Northern District of New York

| | |
|---|---|
| HAROLD R. WOODS,<br>    *Plaintiff,*<br><br>v.<br><br>MERIDIAN MANAGEMENT SOLUTIONS,<br>    *Defendant.* | Civil Action No.<br>1:09-CV-0666<br>GLS/RFT |

### NOTICE OF DISMISSAL

  Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiff voluntarily dismisses with prejudice all claims against the Defendant.

                 Respectfully Submitted,

                 */s/Roderick D. Woods*
                 Attorney for Plaintiff

                 RODERICK D. WOODS, ESQ., LLC
                 Attorney and Counselor at Law
                 54 Hazard Avenue, Suite 209
                 Enfield, CT 06082-3845
                 Northern District Bar Roll No. 515559
                 Tel. (860) 383-0744
                 Fax. (860) 499-5143
                 E-Mail. rwoods@rdw-law.com

                 SO ORDERED:

                 *Gary L. Sharpe*
                 U.S. District Judge
                 Date: January 15, 2010

1